# EXHIBIT A

Case No. JS 21 - 00415 A

_____Stephen Noviello_____ §   In the Justice Court
Plaintiff(s)                                        §
                                                    §   Precinct 3, Place 1
                          v.                        §
                                                    §   County of Dallas
__~~Gabriel Gorelik~~__ / United Settlement Inc ____ §
1st Defendant                                       §   State of Texas
__~~Marcel Bluvstein/ United Settlement Inc~~____   §
2nd Defendant                                       §
                                                    §
3rd Defendant                                       §
_____        §

FILED
2021 APR 30 PM 2:2
ALBERT E. GEROCKE, J
BY_____
CLERK

## Small Claims Petition

(For all addresses, you **MUST** include number, street, apartment number, city, state, & zip code.)

**NOW COMES** the above named **Plaintiff**(s) in the above entitled and numbered cause complaining of the above named **Defendant**(s), who can be notified and/or served with citation at the following address:

**1st Defendant's address:**
21 West 30th Street 3rd Floor
ADDRESS and APT NO. or SUITE
New York, NY 10001
CITY          STATE          ZIP
OTHER, if any
Phone _____ FAX _____

Check to indicate service on Registered Agent
☐ **Registered agent for service of 1st Defendant**
NAME _United States Corporation Agents Inc_
ADDRESS _7014 13th Ave Suite 202_
CITY STATE ZIP _Brooklyn NY 11228_
OTHER_____
Phone _____ FAX _____

**2nd Defendant's address:**
~~21 West 30th Street 3rd Floor~~
ADDRESS and APT NO. or SUITE
~~New York, NY 10001~~
CITY          STATE          ZIP
OTHER, if any
Phone _____ FAX _____

Check to indicate service on Registered Agent
☐ **Registered agent 2nd Defendant**
NAME_____
ADDRESS_____
CITY STATE ZIP_____
OTHER_____
Phone _____ FAX _____

**3rd Defendant's address:**
ADDRESS and APT NO. or SUITE
CITY          STATE          ZIP
OTHER, if any
Phone _____ FAX _____

Check to indicate service on Registered Agent
☐ **Registered agent 3rd Defendant**
NAME_____
ADDRESS_____
CITY STATE ZIP_____
OTHER_____
Phone _____ FAX _____

COPY

☐ Defendant(s) is/are justly indebted to Plaintiff(s) for **return of the following** described property:

_____

_____

_____

_____ valued at $ _____.

## *Or*

✔ Defendant(s) is/are justly indebted to Plaintiff(s) in the sum of **$ _3,000 Plus court costs__** for the following reason(s):

Defendant has repeatedly made illegal robocalls to my cell phone which is registered in the Do Not Call List for the purposes of marketing debt settlement. The calls were unwanted, and were made without any express invitation, permission, or consent.

The Telephone Consumer Protection Act ("TCPA") makes it illegal to solicit sales to cellular devices, via call or text message...

47 U.S.C. § 227(b)(1)(A)(iii) states that:

*It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States... to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice... to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call, unless such call is made solely to collect a debt owed to or guaranteed by the United States;*

47 U.S.C. § 227(b)(3) provides as follows:

*A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State...an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation, an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or both such actions...*

*...If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph.*

The statute provides that a person who violates the statute is liable for $500 in damages for each violation. If the court finds that the defendant acted willfully **or** knowingly (regardless of whether you knew about the TCPA), the court may **triple the damage award**. *See* 47 U.S.C. § 227(b)(3).

Because I was contacted twice on my cell phone, at a number listed on the national Do Not Call registry, I have reason to believe that defendant willfully or knowingly violated the law, which makes them liable to me for $3,000.

_____

**AND** there are no counterclaims existing in favor of Defendant(s) against Plaintiff(s) except: _____

**Plaintiff**(s) **request**(s) a judgment for a sum of **money** against Defendant(s), plus pre-judgment interest, plus reasonable attorney fees, plus all costs of court, plus post-judgment interest at the highest legal rate.

X_____        X_____
Signature of **Plaintiff**, **Plaintiff**'s authorized agent,  **or**     Signature of **Plaintiff's Attorney** *(if applicable)*

_4545 Fairway Avenue,_____        _____
                                                Attorney Address and Suite No.

Dallas_____ TX_____ 75219_____        _____ _____ _____
City              State      Zip                Attorney City  Attorney State  Attorney Zip

Phone  214-448-0779_____ FAX_____        Phone _____ FAX_____

*Bar Card #*_____

_sn ✎ *(initial)*    *I consent to email service of the answer and any other motions or pleadings, to my email address*

___s.spcventures@gmail.com_____.
**Email address**