# EXHIBIT B

NO. JS21-00415A

| | | |
|---|---|---|
| **STEPHEN NOVIELLO** | § | **JUSTICE OF THE PEACE COURT** |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| | § | |
| **V.** | § | **PRECINCT 3, PLACE 1** |
| | § | |
| **UNITED DEBT SETTLEMENT D/B/A** | § | |
| **UNITED SETTLEMENT, GABRIEL** | § | |
| **GORLIK, AND MARCEL BLUVSTEIN** | § | |
| *Defendant* | § | **DALLAS COUNTY, TEXAS** |

### DEFENDANTS UNITED DEBT SETTLEMENT D/B/A UNITED SETTLEMENT, GABRIEL GORELIK, AND MARCEL BLUVSTEIN'S ORIGINAL ANSWER

**COME NOW UNITED DEBT SETTLEMENT D/B/A UNITED SETTLEMENT,**

**GABRIEL GORELIK AND MARCEL BLUVSTEIN** named Defendants in the above-entitled

and numbered cause, and makes and files this Original Answer and would respectfully showing

the Court as follows:

### GENERAL DENIAL

At this time, Defendants assert a General Denial as authorized by Rule 92 of the Texas

Rules of Civil Procedure, and respectfully requests that the Court and Jury require Plaintiff Stephen

Noviello to prove Plaintiff's claims, charges, and allegations by a preponderance of the evidence

as required by the Constitution and Laws of the State of Texas.

### PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendants United Debt Settlement d/b/a

United Settlement, Gabriel Gorelik, and Marcel Bluvstein pray that the Court, upon a final hearing

of the cause, enter judgment for Defendants against Plaintiff, that the Court award Defendants such

other and further relief to which Defendants may be justly entitled, at law or in equity, whether

pled or unpled.

1



Respectfully submitted,

**CONÉ PLLC**

*Misty Hataway-Coné*

By: _____

Misty A. Hataway-Coné
Texas Bar No. 24032277
misty@conepllc.com
Alyna Caesar-Ayure
Texas Bar No. 24123244
Alyna@conepllc.com
1005 Heights Blvd.
Houston, TX 77008
P | (713) 955-2729
F | (806) 243-5753
**ATTORNEY FOR DEFENDANTS UNITED
DEBT SETTLEMENT, GABRIEL
GORELIK AND MARCEL BLUVSTEIN**

## CERTIFICATE OF SERVICE

I certify that on June 19, 2021 a copy of the above and foregoing was served upon all counsel of record in accordance with the Texas Rules of Civil Procedure:

*Misty Hataway-Coné*

_____

Misty A. Hataway-Coné