IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN NOVIELLO § | |
| § | |
| Plaintiff § | |
| § | |
| § | |
| v. § | CIVIL ACTION NO. 3:21-CV-1874 |
| § | |
| UNITED DEBT SETTLEMENT D/B/A § | |
| UNITED SETTLEMENT, GABRIEL § | |
| GORLIK, AND MARCEL BLUVSTEIN § | |
| § | |
| § | |
| Defendant. § | |

## DEFENDANTS CERTIFICATE OF WRITTEN DISCOVERY

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendants United Debt Settlement d/b/a United Settlement, Gabriel Gorlik, and Marcel Bluvstein files this Certificate of Written Discovery in the above entitled cause. The undersigned counsel has on this date served Plaintiff Stephen Noviello with the following written discovery in this cause:

1. *Defendants United Debt Settlement d/b/a United Settlement, Gabriel Gorelik, and Marcel Bluvstein's Rule 26 Initial Disclosures*

Respectfully submitted,

**CONÉ PLLC**

By: _____
Misty A. Hataway-Coné
Texas Bar No. 24032277
misty@conepllc.com
1005 Heights Blvd.
Houston, TX 77008
P | (713) 955-2729
F | (806) 243-5753

**MACDONALD DEVIN MADDEN KENEFICK & HARRIS, P.C.**

By: /s/ Sean W. Fleming
Sean W. Fleming
Texas Bar No. 24027250
sfleming@macdonalddevin.com
Morgan D. Thornton
Texas Bar No. 24098516
mthorton@macdonalddevin.com

1201 Elm Street
Dallas, Texas 75270
Tel: (214) 744-3300
Fax: (214) 747-0942
**ATTORNEYS FOR DEFENDANTS
UNITED DEBT SETTLEMENT, GABRIEL
GORELIK AND MARCEL BLUVSTEIN**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing instrument is being served electronically, via the Court's ECF system, upon all counsel of records in accordance with the Federal Rules of Civil Procedure, on this September 24, 2021.

/s/ Misty Hataway-Coné
_____
Misty A. Hataway-Coné

**Served via E-Mail**
Chris R. Miltenberger
The Law Office of Chris R. Miltenberger, PLLC
1360 N. White Chapel, Suite 200
Southlake, Texas 76092
chris@crmlawpractice.com