# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| Stephen Noviello, § | |
| § | |
| Plaintiff, § | |
| § | CA No. 3:21-cv-1874 |
| § | |
| v. § | |
| § | |
| § | Class Action |
| United Debt Settlement d/b/a § | Jury Demanded |
| United Settlement, Gabriel Gorlik § | |
| and Marcel Bluvstein § | |
| § | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

Plaintiff notifies the Court that the parties have reached a settlement. Plaintiff requests that the parties be given 30 days to complete the paperwork and file a stipulation of dismissal.

Respectfully submitted:

By:    */s/ Chris R. Miltenberger*
      Chris R. Miltenberger
      Texas State Bar Number 14171200
      Designated as Lead Attorney

**The Law Office of Chris R. Miltenberger, PLLC**
1360 N. White Chapel, Suite 200
Southlake, Texas 76092
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Attorney for Plaintiff

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By:    */s/ Chris R. Miltenberger*
      Chris R. Miltenberger