IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN NOVIELLO, § § Plaintiff, § § V. § § UNITED DEBT SETTLEMENT d/b/a § UNITED SETTLEMENT, GABRIEL § GORLIK, and MARCEL BLUVSTEIN, § § Defendants. § | No. 3:21-cv-1874-BN |

## ORDER ON SETTLEMENT

The parties have informed the Court that this case has settled. *See* Dkt. No. 16. The parties are therefore directed to file the appropriate dismissal papers – a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion with a corresponding proposed order – by **May 5, 2022**. If the parties do not or are unable to file the appropriate dismissal papers by **May 5, 2022**, or further proceedings become necessary or desirable, the parties should immediately file a joint status report with the Court. Any unexpired deadlines in the Court's Initial Scheduling Order [Dkt. No. 12] are stayed until further order of the Court.

SO ORDERED.

DATED: April 5, 2022

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE