# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| Stephen Noviello, § | |
| § | |
| Plaintiff, § | |
| § | CA No. 3:21-cv-1874 |
| § | |
| v. § | |
| § | Class Action |
| United Debt Settlement d/b/a § | Jury Demanded |
| United Settlement, Gabriel Gorlik § | |
| and Marcel Bluvstein § | |
| § | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1. Plaintiff Stephen Noviello and Defendants United Debt Settlement d/b/a United Settlement, Gabriel Gorlik and Marcel Bluvstein and their counsel file this agreed stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. All parties who have appeared in this lawsuit agree to the dismissal.

3. This case was filed as a class action, but the class was never certified.

4. A receiver has not been appointed in this case.

5. Neither party has previously dismissed any federal or state court suit based on or including the same claims as those presented in this case

6. This dismissal is with prejudice.

| | |
|---|---|
| Respectfully submitted:<br><br>/s *Chris R. Miltenberger*<br>Chris R. Miltenberger<br>Texas State Bar Number 14171200<br><br>The Law Office of Chris R. Miltenberger, PLLC<br>1360 N. White Chapel, Suite 200<br>Southlake, Texas 76092<br>817-416-5060 (office)<br>817-416-5062 (fax)<br>chris@crmlawpractice.com<br><br>Attorney for Plaintiff | s/ *Sean W. Fleming*<br>Sean W. Fleming<br>State Bar No. 24027250<br>sfleming@MacdonaldDevin.com<br><br>MACDONALD DEVIN MADDEN KENEFICK & HARRIS, P.C.<br>3800 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270-2130<br>214.744.3300 Telephone<br>214.747.0942 Facsimile<br><br><br>ATTORNEYS FOR DEFENDANT UNITED DEBT SETTLEMENT D/B/A UNITED SETTLEMENT, GABRIEL GORLIK AND MARCEL BLUVSTEIN |

## Certificate of Service

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.

By:   */s/ Chris R. Miltenberger*
        Chris R. Miltenberger